**Order filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00445-CR

_____

### THOMAS LEE ALEXANDER III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-CR-2458**

## ORDER

This is an appeal from a judgment signed June 10, 2021. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-20-00702-CR.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-21-00445-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5.

The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.